UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN BRICKLAYERS AND ALLIED
CRAFTWORKERS HEALTH CARE FUND,
TRUSTEES OF; MICHIGAN BRICKLAYERS
AND ALLIED CRAFTWORKERS PENSION
FUND, TRUSTEES OF; MICHIGAN BRICKLAYERS
AND ALLIED CRAFTWORKERS APPRENTICESHIP
AND TRAINING FUND, TRUSTEES OF; BAC LOCAL 9 -
MCE COOPERATION AND EDUCATION TRUST FUND,
TRUSTEES OF; BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
TRUSTEES OF; INTERNATIONAL MASONRY
INSTITUTE, TRUSTEES OF; INTERNATIONAL UNION
OF BRICKLAYERS AND ALLIED CRAFTWORKERS,
AFL-CIO; and INTERNATIONAL UNION OF
BRICKLAYERS AND ALLIED CRAFTWORKERS,
LOCAL 9, AFL-CIO,

                               Plaintiffs,                           Case No. 10-cv-11622

v                                                      Hon. George Caram Steeh

HILLIARD MASONRY & CONRETE RESTORATION, LLC,
a limited liability company, and JANET HILLIARD, an Individual,
jointly and severally,

                               Defendants.

---

### ORDER GRANTING PLAINTIFFS' MOTION FOR CONTEMPT

      This matter having come on for hearing based on Plaintiffs' Motion For Contempt And

Other Relief, and the Court having issued a February 1, 2011 Order to Show Cause which

required Defendant Janet Hilliard and non-party Luther Hilliard to personally appear at a hearing

scheduled for February 24, 2011, and Defendant Janet Hilliard and non-party Luther Hilliard

having failed to appear at the February 24, 2011 hearing despite being personally served with

this Court's Order to Show Cause and having filed no opposition to Plaintiffs' Motion, the Court

enters the following Order for the reasons set forth in Plaintiffs' Motion and stated on the record

at the February 24, 2011 hearing:

      1.      IT IS ORDERED that Plaintiffs' Motion For Contempt And Other Relief is

GRANTED.  The Court finds Defendant Janet Hilliard in contempt of this Court's July 23, 2010

Order and non-party Luther Hilliard in contempt of the subpoena served on him on October 11,

2010.

      2.      IT IS FURTHER ORDERED that, within 14 days of this Order, Defendant Janet

Hilliard shall produce the following documents at the office of Plaintiffs' counsel:  (a) deeds and

precise addresses of all property owned by her, including property in Lansing, Baldwin and

Mecosta, (b) records, including titles, of all vehicles owned by her or Hilliard Masonry &

Concrete Restoration, LLC, (c) federal, state and municipal tax returns filed by her and Hilliard

Masonry & Concrete Restoration, LLC for 2007, 2008 and 2009, and (d) records of accounts

maintained at Option One Credit Union or other financial institutions from January 2009 to

present for those accounts held solely or jointly by her.

      3.      IT IS FURTHER ORDERED that, within 14 days of this Order, non-party Luther

Hilliard shall appear for deposition at Plaintiffs' counsel's law office together with the

documents requested in the subpoena that was served on him on October 11, 2010.

      4.      IT IS FURTHER ORDERED that, within 14 days of this Order, Defendant Janet

Hilliard and non-party Luther Hilliard will pay a total of $1,000 in attorney's fees to Plaintiffs.

      5.      IT IS FURTHER ORDERED that, if Defendant Janet Hilliard fails to comply

with paragraph 2 of this Order, a bench warrant shall be issued for her arrest.  This bench warrant

shall be issued upon the filing of an affidavit of non-compliance by Plaintiffs' counsel.

6.     IT IS FURTHER ORDERED that, if non-party Luther Hilliard fails to comply with paragraph 3 of this Order, a bench warrant shall be issued for his arrest.  This bench warrant shall be issued upon the filing of an affidavit of non-compliance by Plaintiffs' counsel.

7.     IT IS FURTHER ORDERED that, if Defendant Janet Hilliard or Luther Hilliard fail to fully comply with this Order, the Court may impose additional sanctions on the person(s) failing to comply, including the imposition of a weekly fine until compliance is achieved.

s/George Caram Steeh
United States District Court Judge

Dated:  February 24, 2011